## TRAVIS v. WAKEN.

No. 2631.   Opinion Filed April 29, 1913.

(131 Pac. 1098.)

**APPEAL AND ERROR—Dismissal—Failure to File Briefs.** Same as in Leavitt et al. v. Commercial National Bank, 26 Okla. 164, 109 Pac. 71.

(Syllabus by the Court.)

Error from District Court, Garfield County;
A. L. Zinser, Judge pro tem.

Action between Frank C. Travis and Sam P. Waken. From the judgment, Travis brings error. Dismissed.

*Sturgiss & Manatt,* for plaintiff in error.
*H. G. McKeever,* for defendant in error.

WILLIAMS, J. On May 24, 1911, the petition in error, with transcript attached, was filed in this court. On the same date the defendant in error entered appearance and waived issuance of summons. On December 12, 1912, the cause was set for submission on March 13, 1913. No brief has

been filed pursuant to the requirement of rule 7 (20 Okla. viii, 95 Pac. vi), of this court.

The proceeding in error is dismissed.

All the Justices concur.